JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PCI INTERMEDIATE, INC., <br>    Plaintiff, <br><br> v. <br><br> JOHN S. HORTON, et al., <br>    Defendants. | 5:23-cv-1413-DSF-KKx <br><br> JUDGMENT |

   The Court having granted a motion to dismiss without leave to amend,

   IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  October 19, 2023

_Dale S. Fischer_
Dale S. Fischer
United States District Judge